**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:                                    Chapter 11

HSS Holding, LLC

     Debtor-in-Possession                          Case No. 13-12740-BLS

---

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

     As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(   )   Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(   ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X )   Insufficient response to the United States Trustee communication/contact for service on the committee.

(   ) No unsecured creditor interest

(   )   Non-operating debtor-in-possession - - No creditor interest.

(   )   Application to convert to Chapter 7 or to dismiss pending.

(   )   Converted or dismissed.

(  ) Other:

ROBERTA A. DeANGELIS,
**UNITED STATES TRUSTEE REGION THREE**


 /s/ David L. Buchbinder
Thomas Patrick Tinker
Assistant United States Trustee

DATED:  November 4, 2013

Trial Attorney Assigned to Case:  David L. Buchbinder
cc: Attorney for Debtor:  Mark Minuti, Saul Ewing LLP